UNITED STATES of America, Plaintiff-Appellee,

v.

J.W. MOORE;  James Moore, a.k.a. "Buster";  Francis Williams, Defendants-Appellants.

United States of America, Plaintiff-Appellee,

v.

Arlutha W. Smiley, Defendant-Appellant.

United States of America, Plaintiff-Appellee,

v.

Rosa Mae Smiley Williams, Defendant-Appellant.

Nos. 94-7047, 94-7051 and 94-7055.

United States Court of Appeals,

Eleventh Circuit.

July 8, 1999.

Appeal from the United States District Court for the Middle District of Alabama (No. CR-93-310-N);  Ira DeMent, Judge.

Before EDMONDSON and BIRCH, Circuit Judges, and MORAN[*] Senior District Judge.

Prior Report:  168 F.3d 1234

PER CURIAM:

The petition(s) for rehearing filed by appellants FRANCIS WILLIAMS, ARLUTHA W. SMILEY,

and ROSA MAE WILLIAMS are DENIED.

Footnote 2 in the original opinion, however, is stricken altogether and this language is put in its place

as the new footnote 2:

The evidence is detailed in Section III, addressing appellants' claims about multiple conspiracies, and in Section VI, where appellants' sentencing claims are addressed.

---

[*]Honorable James B. Moran, Senior United States District Judge for the Northern District of Illinois, sitting by designation.